# United States Court of Appeals for the Federal Circuit

_____

**DEACERO S.A.P.I DE C.V., DEACERO USA, INC.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, NUCOR CORPORATION,**

*Defendants-Appellees*

_____

2020-1918

_____

Appeal from the United States Court of International Trade in No. 1:17-cv-00183-CRK, Judge Claire R. Kelly.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

April 13, 2021                    /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court